**Appeal Dismissed and Memorandum Opinion filed June 24, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00124-CV

---

## MONTROSE ER, LLC AND DR. ROBERT PHELAN III, Appellants

### V.

## 1110 W. GRAY, L.L.C., Appellee

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2021-02426**

---

### MEMORANDUM OPINION

This appeal is from an order signed March 2, 2021. The clerk's record was filed March 11, 2021. The reporter's record was filed April 1, 2021. No brief was filed.

On May 6, 2021, this court issued an order stating that unless appellant filed a brief on or before May 26, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan